AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

GARY A PATTERSON, JR.,

          Petitioner,

          v.

STEVENS COUNTY,

          Respondent.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-027-JPH

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED: The Application to Proceed in forma pauperis is DENIED for failure to comply with the Federal Habeas Rules and the Petition is DISMISSED WITHOUT PREJUDICE.

April 10, 2012

*Date*

JAMES R. LARSEN

*Clerk*

    s/ Sheila Parpolia

*(By) Deputy Clerk*

Sheila Parpolia